UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 20-13444-MDC
MICHAEL A. SANTUCCI :
: CHAPTER 7

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

MICHAEL A. SANTUCCI has filed a Motion with the court to Avoid Judicial Lien.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2.. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **November 9, 2020 you or your attorney must file a response to the Motion.** *(see Instructions on next page).*

3. A hearing on the Motion is scheduled to be held on **November 18, 2020 at 10:30 A.M. in Courtroom #2, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed a response..

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.**

8. **If you are not required to file electronically**, you must file your response at:

    U.S. Bankruptcy Court, Robert N.C. Nix Building
    900 Market Street, Suite 400,
    Philadelphia, Pennsylvania 19107.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

    Michael P. Kelly, Esquire
    Suite 202 - Penn's Square
    402 Middletown Boulevard
    Langhorne, PA 19047
    phone (215) 741-1100
    fax (215) 741-4029