## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :   NO. 20-13444-MDC

MICHAEL A. SANTUCCI      :

                            :   CHAPTER 7

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, attorney for debtor(s), hereby certify that the attached

Motion to Avoid Judicial Lien and Notice was served by first class mail, postage prepaid on

October 20, 2020 to the following:

ATTN: MARY MCNIFF           YALE D WEINSTEIN
CEO CITIBANK NA             1060 ANDREW DRIVE, STE 170
399 PARK AVENUE            WEST CHESTER, PA 19380
NEWYORK, NY 10022

And

Certified Mail to:

ATTN:  MARY MCNIFF
CEO
CITIBANK N.A.
399 PARK AVENUE
NEW YORK, N.Y. 10022

A true and correct copy of the certified mail receipt is attached hereto.

October 20, 2020                 By: /s/ Michael P. Kelly
                                  Michael P. Kelly, Esquire
                                  Suite 202 - Penn's Square
                                  402 Middletown Boulevard
                                  Langhorne, PA    19047
                                  (215) 741-1100
                                  fax (215) 741-4029
                                  email:  mpk@cowanandkelly.com



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

New York, NY 10022

Certified Mail Fee     $3.55
$                        $2.95
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage    $0.55
$
Total Postage and Fees
$    $6.95

Sent To
CSO Marc McNiff Citibank NA
Street and Apt. No., or PO Box No.
399 PARK AVENUE
City, State, ZIP+4®
NEW YORK, NY 10022

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions