Certificate Number: 01401-PAE-DE-034974368

Bankruptcy Case Number: 20-13444



01401-PAE-DE-034974368



# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2020, at 4:08 o'clock PM EDT, Michael A Santucci completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 12, 2020        By:    /s/Jeremy Lark for Catherine Venadam

Name: Catherine Venadam

Title: Credit Counselor