## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 20-13444-MDC
MICHAEL A. SANTUCCI :
: CHAPTER 7

### SUPPLEMENTAL CERTIFICATION OF SERVICE

Attached hereto is the return receipt card for certified mail service on Citibank N.A.

October 27, 2020

By: /s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA   19047
(215) 741-1100
fax (215) 741-4029
email:  mpk@cowanandkelly.com

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: MARY McNIFF, CEO
CITIBANK, NA
399 PARK AVENUE
NEW YORK, NY 10022

9590 9402 5689 9346 9831 56

2. Article Number (Transfer from service label)

7019 2970 0000 4683 7722

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  A. Cedi                ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Anthony Cedi                     10-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation¹
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt