## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael A. Santucci<br>　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　　　　　Movant<br>　　vs. | NO. 20-13444 MDC |
| Michael A. Santucci<br>　　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>　　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 27th day of October, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 907 Loney Street , Philadelphia, PA 19111 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

Michael A. Santucci
907 Loney Street
Philadelphia, PA 19111

Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
8 Penn Center,
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532