## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 20-13444-MDC
MICHAEL A. SANTUCCI :
 : CHAPTER 7

### AMENDED CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, attorney for debtor(s), hereby certify that the attached Motion to Avoid Judicial Lien and Notice was served by first class mail, postage prepaid on November 18, 2020 to the following:

Chapter 7 Trustee
Gary R. Seitz
1628 JFK Blvd.
Suite 1901
Phila., PA 19103

Yale D Weinstein, Esq
106 Andrew Drive, Ste 170
West Chester, PA 19380

ATTN: MARY MCNIFF, CEO
CITIBANK N.A.
399 Park Avenue
New York, NY 10022

November 18, 2020

By: /s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA   19047
(215) 741-1100
fax (215) 741-4029
email: mpk@cowanandkelly.com