# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 20-13444-MDC
MICHAEL A. SANTUCCI :
: CHAPTER 7

### ORDER

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by **CITIBANK N.A.** ("the Respondent") in real property of the Debtors located at 907 Loney Street, Philadelphia, Pennsylvania 19111.

AND the debtor having asserted that the alleged lien arising from the judgment entered at Philadelphia Municipal Court – Docket No: SC-20-02-14-4880 is subject to avoidance pursuant to 11 U.S.C. §522(f),

AND the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default.

It is further ORDERED, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property that the Debtors have listed and claimed as exempt in Schedule C of the Debtors bankruptcy schedules is AVOIDED.

December 29, 2020

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge