United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-13444-mdc

Michael A Santucci  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael A Santucci, 907 Loney Street, Philadelphia, PA 19111-2619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| MICHAEL P. KELLY | on behalf of Debtor Michael A Santucci mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : NO. 20-13444-MDC
MICHAEL A. SANTUCCI :
: CHAPTER 7

ORDER

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by **CITIBANK N.A.** ("the Respondent") in real property of the Debtors located at 907 Loney Street, Philadelphia, Pennsylvania 19111.

AND the debtor having asserted that the alleged lien arising from the judgment entered at Philadelphia Municipal Court – Docket No: SC-20-02-14-4880 is subject to avoidance pursuant to 11 U.S.C. §522(f),

AND the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default.

It is further ORDERED, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property that the Debtors have listed and claimed as exempt in Schedule C of the Debtors bankruptcy schedules is AVOIDED.

December 29, 2020

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge